**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAR 1 2 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:20CR190 SEP/NCC |
| | ) |
| SEAN MICHAEL STEINMEYER, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated--

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

1

        (v)      lascivious exhibition of the anus, genitals, or pubic area of any person (18 U.S.C. §2256(2)(A));

  (c)      "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

  (d)      "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

        (A)      the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

        (C)      such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. On March 25, 2015, defendant was indicted for possession of child pornography in *United States v. Sean Michael Steinmeyer*, 4:15-cr-00144-SNLJ. He pleaded guilty to the charge on November 4, 2015. On February 3, 2016, defendant was

sentenced to sixty-three month's imprisonment followed by twenty-five years of supervised release. Supervised release started on March 15, 2019.

4. Between on or about September 1, 2019, and on or about September 23, 2019, within the Eastern District of Missouri and elsewhere,

**SEAN MICHAEL STEINMEYER,**

the Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, an AT&T Axia smartphone and a SanDisk MicroSD card, said smartphone and MicroSD card having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and said smartphone and MicroSD card contained child pornography, including but not limited to, the following:

a. VUEwzQAT.jpg – a graphic images file that depicts, in part, a prepubescent minor male, approximately 1-3 years of age, with legs spread and penis visible. The child has what appears to be ejaculation on his stomach;

b. WiAHWKJT.jpg – a graphic image file that depicts, in part, a prepubescent minor female, approximately 7-10 years of age, with her legs spread and vagina and anus as the focal point of the picture. A black dildo is inserted in the child's anus;

c. XzYjlQIR.jpg – a graphic image file that depicts, in part, a minor boy and girl, approximately 10-12 years of age, sitting together completely nude on the couch. The female is touching the boy's penis;

d. vXpU2C4B.jpg – a graphic image file that depicts, in part, a prepubescent minor female placing her tongue on a male's penis;

3

e. ujQFRaIS.jpg – a graphic image file that depicts, in part, a prepubescent minor female, approximately 1-3 years of age, with her legs spread showing her vagina and anus;

f. g_1437023693055.mp4, a graphic video file that depicts, in part, a dog licking a minor female's vagina;

g. 11 57 46 pm.mp4, a graphic video file that depicts in a part, a prepubescent minor female, approximately 6-9 years of age, standing completely nude in front of the camera and spreading her vagina. The girl then turns around and shows her anus to the camera; and

h. cumcam4855.mp4, a graphic video file that depicts a minor female in a lascivious display of her genitals as she masturbates;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney