UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20 CR 190 SEP NCC |
| SEAN MICHAEL STEINMEYER, | ) ) ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows factors pursuant to Title 18, United States Code, Section 3142(g) (2) and (3) for this Court to consider:

1. Defendant is charged with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

2. Defendant has previously been convicted of Possession of Child Pornography in United States v. Sean Michael Steinmeyer, 4:15 CR 144 SNLJ.

3. As a result of his prior conviction, the minimum term of imprisonment in this matter, if convicted, is imprisonment for a term of ten years.

2

4. The Government has alleged that defendant committed this offense while defendant was at a residential re-entry center.

5. Defendant's final revocation hearing for violating terms of his supervised release are currently pending and defendant is being detained on those violations.

6. There is a serious risk that the defendant will flee and should defendant be released, defendant's prior conduct shows that defendant would be unable to comply with conditions of release.

WHEREFORE, the Government respectfully requests that the Court order the defendant to be detained pending trial.

                    Respectfully submitted,

                    JEFFREY B. JENSEN
                    United States Attorney

                    */s/Robert F. Livergood*
                    ROBERT F. LIVERGOOD, #35432MO
                    Assistant United States Attorney
                    111 South 10th Street, Rm. 20.333
                    St. Louis, Missouri 63102
                    314-539-2200